```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

KELLY S. COCKEREL                                             PLAINTIFF

         v.          Civil No. 10-5050

CHIEF HAMILTON, Rogers
Police Department, CORPORAL
JESSIE RAY, Field Officer,
Rogers Police Department; TOM C. JENKINS,
Fire Chief of the Rogers Fire Department;
and JOSH TERRELL, Paramedic                                  DEFENDANTS

**ORDER**

Now on this 1ST day of September, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #19), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #19) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that the plaintiff's complaint is dismissed on the grounds that She has failed to obey an order of this court.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE